# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

In the Matter of:

EUGENE B. CYRUS,

    Respondent.

Case No. 3:06-mc-00023 JWS

ORDER REGARDING DISCIPLINARY SUSPENSION

By order of the Supreme Court of the State of Alaska, Eugene B. Cyrus has been suspended from the practice of law for six months effective May 3, 2006.

In conformity with D.Ak.L.R. 83.1(f) of the local rules of the United States District Court for the District of Alaska,

IT IS ORDERED:

1. That the respondent is suspended immediately from the practice of law before the United States District Court for the District of Alaska until further order of this court.

2. That within five days of the date of this order, the respondent may show good cause, in writing, why the order contained in paragraph one above shall not remain in full force and effect.

3. That the clerk of court shall mail to the respondent at his last known address a certified copy of this order, which mailing shall constitute proper notice.

DATED at Anchorage, Alaska, this Fifth day of June 2006.

**REDACTED SIGNATURE**

JOHN W. SEDWICK
Chief Judge

c:      Honorable Mary M. Schroeder, Chief Judge, U.S. Court of Appeals for the Ninth Circuit
Honorable John W. Sedwick, Chief U.S. District Judge
Honorable Ralph R. Beistline, U.S. District Judge
Honorable Timothy M. Burgess, U.S. District Judge
Honorable James A. von der Heydt, Senior U.S. District Judge
Honorable James M. Fitzgerald, Senior U.S. District Judge
Honorable H. Russel Holland, Senior U.S. District Judge
Honorable James K. Singleton, Jr., Senior U.S. District Judge
Honorable Donald MacDonald IV, Chief Bankruptcy Judge
Honorable Herbert A. Ross, Bankruptcy Judge
Honorable John D. Roberts, Magistrate Judge
Honorable Matthew Jamin, Magistrate Judge, Kodiak
Honorable Philip Pallenberg, Magistrate Judge, Juneau
Honorable Mary Guss, Magistrate Judge, Ketchikan
Honorable Terrence W. Hall, Magistrate Judge, Fairbanks
Cathy Catterson, Clerk, U.S. Court of Appeals for the Ninth Circuit
Ida Romack, Clerk, U.S. District Court, Alaska
Wayne Wolfe, Clerk, Bankruptcy Court, Alaska
Carolyn Bollman, Deputy-In-Charge, Fairbanks
Beverly Zaugg, Deputy-In-Charge, Ketchikan
Legia Pate, Deputy-In-Charge, Juneau
Tracey Buie, Deputy-In-Charge, Nome
Alaska Bar Association, Disciplinary Section
Eugene B. Cyrus